# NO. 12-09-00131-CR

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| | § | |
| **IN RE: ROBERT JAMES FOX,** | | |
| **RELATOR** | § | **ORIGINAL PROCEEDING** |
| | § | |

## MEMORANDUM OPINION
### PER CURIAM

Robert James Fox has filed an "Emergency Petition for Declaratory Judgment" requesting this court to "promptly hear and adjudicate" the charge against him for allegedly tampering with a government record in violation of Texas Penal Code section 37.10.

The jurisdiction of the courts of appeals is constitutionally and legislatively created. *See* TEX. CONST. art. V, § 6(a); TEX. GOV'T CODE ANN. § 22.201(m) (Vernon Supp. 2008); TEX. CODE CRIM. PROC. ANN. arts. 4.01, 4.03 (Vernon 2005). This jurisdiction, insofar as it relates to the merits of criminal cases, is appellate only. *See* TEX. CODE CRIM. PROC. ANN. art. 4.03. The exercise of this jurisdiction involves reviewing judgments of lower courts. *See* ***Carter v. State***, 656 S.W.2d 468, 469 (Tex. Crim. App. 1983). The entry of a declaratory judgment does not involve review of a lower court's judgment, and no constitutional or statutory provision authorizes courts of appeals to enter such a judgment. Therefore, we are without jurisdiction to grant the requested relief. Accordingly, Fox's Emergency Petition for Declaratory Judgment is ***dismissed***.

Opinion delivered June 17, 2009.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(DO NOT PUBLISH)